UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI OSMIN DIAZ LINARES,<br><br>                                  Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden<br>Otay Mesa Detention Center,<br><br>                                  Respondent. | Case No.:  3:26-cv-01507-RBM-AHG<br><br>**ORDER TO SHOW CAUSE** |

On March 10, 2026, Petitioner Eli Osmin Diaz Linares ("Petitioner") filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition").  (Doc. 1.)  Petitioner challenges his detention since April 27, 2025, as prolonged despite having been granted release on bond.  (*Id*. at 2, 6.)  Petitioner also states that he "would like to be represented by a public defender, if [he] qualifies for one."  (*Id*. at 7.)

On March 12, 2026, the Court construed Petitioner's request as a Motion to Appoint Counsel and denied the Motion to Appoint Counsel but granted Petitioner leave to file an amended motion.  (Doc. 2 at 1–2.)  Counsel for Petitioner entered an appearance on March 21, 2026.  (Doc. 3.)

The Court finds that summary dismissal of the Petition is unwarranted.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate

only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted).

Accordingly, Petitioner may file an amended petition on or before **April 9, 2026**.[1] Respondents **SHALL RESPOND** to the Petition, or any amended petition, on or before **April 16, 2026 at 4:30 p.m.** by: (1) filing a written response; (2) filing as exhibits all documents or evidence relevant to the determination of the issues raised in the Petition, including any decisions issued by an immigration judge in Petitioner's immigration proceedings (*see* Doc. 1 at 6), and any and all relevant documents reflecting Petitioner's immigration history; and (3) making a recommendation regarding the need for an evidentiary hearing. Petitioner **MAY** file a reply on or before **April 23, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE: March 31, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 15(a); *In re Morris*, 363 F.3d 891, 893 (9th Cir. 2004) ("Rule 15(a) applies to habeas corpus actions with the same force that it applies to garden-variety civil cases.").

2

3:26-cv-01507-RBM-AHG